# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIE WELLS                                                           PLAINTIFF
#31968009

v.                         No. 3:19-cv-77-DPM

PAUL GREGORY, Detective,
West Memphis Police Department                                         DEFENDANT

## ORDER

Motion for information, № 7, granted. If Wells wants to raise claims about being denied access to his legal materials, then he must do so in a separate lawsuit, and he must file a motion for *in forma pauperis* status in that case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2019